**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **INNOVATION SCIENCES, LLC,** <br> **7500 LEGACY CIRCLE** <br> **PLANO, TEXAS 75024** <br>                              **Plaintiff** <br>    v. <br> **SONY CORPORATION** <br> **SONY CITY OSAKI BUILDING** <br> **1-7-1 KONAN, MINATO-KU** <br> **SHINAGAWA CITY, TOKYO, JAPAN** <br>      and <br> **SONY SEMICONDUCTOR SOLUTIONS CORP** <br> **4-14-1 ASAHI-CHOATSUGI-SHI,** <br> **KANAGAWA, 243-0014 JAPAN** <br>                          **Defendant** | **Civil Action No.** <br><br> **4:26-cv-783** |

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff Innovation Sciences, LLC ("Innovation Sciences" or "Plaintiff"), for its Complaint against Sony Corporation (Sony) and Sony Semiconductor Solutions Corporation Sony Semi), alleges as follows:

**NATURE OF THE ACTION**

1. This is an action for patent infringement arising under the Patent Laws of the United States, 35 U.S.C. §§ 1 et seq.

2. This action involves Defendants' unauthorized making, using, selling, offering for sale, importing, marketing, supporting, distributing, and operating of products and services that infringe one or more claims of United States Patent Nos. 10,368,125 ("the '125 Patent"),