**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**

| | |
|---|---|
| **INNOVATION SCIENCES, LLC**<br>**Plaintiff**<br>**v.**<br><br>**SONY CORPORATION**<br>**and**<br>**SONY SEMICONDUCTOR SOLUTIONS CORP**<br>**Defendants** | **CIVIL ACTION:**<br><br>**4:26-cv-783** |

**PLAINTIFF'S**
**CERTIFICATE OF INTERESTED PERSONS**

Plaintiff, hereby certifies interested persons and discloses affected corporate entities.

The undersigned counsel of record for Plaintiff certifies that Innovation Services, LLC is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation.

July 2, 2026

/s/ Joseph J. Zito

Joseph J. Zito
DNL ZITO
1250 Connecticut Ave., NW #700
Washington, DC 20036
202-466-3500
jzito@dnlzito.com

*Attorneys for Plaintiff*
*Innovation Sciences,* LLC