**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **INNOVATION SCIENCES, LLC,**<br>Plaintiff,<br>v.<br><br>**SONY CORPORATION**<br>and<br>**SONY SEMICONDUCTOR SOLUTIONS CORPORATION,**<br>Defendants. | Civil Action No.<br>**4:26-cv-00783-ALM** |

**NOTICE OF A LAWSUIT AND**

**REQUEST TO WAIVE SERVICE OF A SUMMONS**

**To:** Sony Semiconductor Solutions Corporation

**Attention:** An officer, managing or general agent, or other agent authorized by appointment or law to receive service of process

4-14-1 Asahi-cho, Atsugi-shi
Kanagawa 243-0014, Japan

**Why are you receiving this?**

A lawsuit has been filed against you, or the entity you represent, in the United States District Court for the Eastern District of Texas, Sherman Division. A copy of the Complaint is enclosed. This is not a summons or an official notice from the Court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed Waiver of the Service of Summons.

**What happens next?**

If you cooperate and return the signed waiver, Innovation Sciences, LLC will file it with the Court, and the action will proceed as if a summons and Complaint had been served when the waiver is filed. You will not be required to serve an answer to the

Complaint until **November 16, 2026**. The 90th day after this request was sent is November 15, 2026, a Sunday, so the response period continues to the next day that is not a Saturday, Sunday, or legal holiday under Fed. R. Civ. P. 6(a)(1)(C). See Fed. R. Civ. P. 4(d)(3).

If you do not return the signed waiver by **October 16, 2026**, Innovation Sciences, LLC may arrange to have a summons and the Complaint served on you. To the extent permitted by Fed. R. Civ. P. 4(d)(2), the Court may require you to pay the expenses incurred in making service and the reasonable expenses, including attorney's fees, of any motion required to collect those service expenses.

If you return the waiver, you may keep or assert every defense or objection available to you, except any objection based on a defect in the summons or in the service of the summons.

I certify that this request is being sent on behalf of Innovation Sciences, LLC on **August 17, 2026**.

Respectfully submitted,

**/s/ Joseph J. Zito**

Joseph J. Zito
**DNL ZITO**
1250 Connecticut Avenue, NW,
Suite 700
Washington, DC 20036
Telephone: 202-466-3500
Email: jzito@dnlzito.com
***Counsel for Plaintiff***
***Innovation Sciences, LLC***

**WAIVER OF THE SERVICE OF SUMMONS**

**To:** Innovation Sciences, LLC

I have received your request to waive service of a summons in this action, along with a copy of the Complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and Complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the Court's jurisdiction, and the venue of the action, except for objections based on a defect in the summons or in the service of the summons.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 of the Federal Rules of Civil Procedure within 90 days from **August 17, 2026**, the date when this request was sent as such entity is located outside of the United States. If I fail to do so, and no further extension is properly obtained, a default judgment may be entered against the entity I represent.

Date: ___August 25, 2026_____________

**For: Sony Semiconductor Solutions Corporation**

| | |
|---|---|
| Signature: | /s/ Gregory S. Gewirtz |
| Printed Name: | Gregory S. Gewirtz |
| Title or capacity: | Attorney for Sony Semiconductor Solutions Corporation |
| Address: | Lerner David LLP<br>20 Commerce Dr., Suite 400<br>Cranford, NJ 07016 |
| Email: | ggewirtz@lernerdavid.com |
| Telephone: | 908-518-6343 |