**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **INNOVATION SCIENCES, LLC,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**SONY CORPORATION ET AL.,**<br><br>**Defendant.** | **4:26-cv-00783-ALM**<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF APPEARANCE OF COUNSEL**

Defendants Sony Corporation and Sony Semiconductor Solutions Corp. (collectively, "Sony"), file this Notice of Appearance, and hereby notify the Court that Eric H. Findlay, of the law firm Findlay Craft, P.C., 7270 Crosswater Ave., Suite B, Tyler, TX 75703, Telephone (903) 534-1100, Fax (903) 534-1137, E-mail: efindlay@findlaycraft.com has entered this action as counsel for Sony. In connection with this notice, Mr. Findlay requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

Dated: November 23, 2026

Respectfully submitted,

By: /s/ *Eric H. Findlay*
Eric H. Findlay
State Bar No. 00789886
FINDLAY CRAFT, P.C.
7270 Crosswater Ave.
Suite B
Tyler, TX 75703
(903) 534-1100
(903) 534-1137 FAX
efindlay@findlaycraft.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2026, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

/s/ *Eric H. Findlay*
Eric H. Findlay